# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HERCULES STEEL COMPANY, INC., <br><br> and <br><br> HERCULES STEEL COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY <br><br> Defendant. | CIVIL ACTION NO. 4:18-CV-94-FL |

## ORDER STAYING ACTION

Upon consideration of the Motion to Stay Proceedings, it is this 11th day of June, 2018, in the United States District Court for the Eastern District of North Carolina, hereby,

ORDERED, that the Motion shall be and it is hereby GRANTED;

AND IT IS FURTHER ORDERED, that the stay of this proceeding shall remain in effect until 20 days after final resolution of the civil action filed or to be filed by Hercules against Sauer in the United States District Court for the Eastern District of North Carolina.

_____
Judge Louise W. Flanagan
United States District Court for the
Eastern District of North Carolina